SEP 23 2026 FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

BRENDEN FLOYD STRICKLAND (02)

No. 5:26-CR-027-H(02)
**(Supersedes indictment filed 04/08/26 as to Defendant Brenden Floyd Strickland only)**

**SUPERSEDING INFORMATION**

The United States Attorney Charges:

Count One
Misprision of a Felony
(Violation of 18 U.S.C. § 4)

Beginning on or about an unknown date and continuing until on or about April 8, 2026, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Brenden Floyd Strickland**, having knowledge of the commission of a felony, that is, Conspiracy to Transport Stolen Property in Interstate Commerce, a violation of Title 18, United States Code, Section 371, failed to notify an authority as soon as possible and did an affirmative act to conceal the crime, that is, he communicated with co-conspirators regarding the delivery of stolen crude oil and made payments to haulers for the stolen crude oil.

In violation of Title 18, United States Code, Section 4.

RYAN RAYBOULD
UNITED STATES ATTORNEY

JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806.472.7559
Facsimile: 806.472.7394
E-mail: jeffrey.haag@usdoj.gov